1  Bonnie Jane O'Connor (Full Name)
2  boconnor001@aol.com (Email Address)
3  27551 Diane Marie Circle (Address Line 1)
4  Santa Clarita, CA 91350 (Address Line 2)
5  661-993-9417 (Phone Number)
6  Plaintiff in Pro Per
   (indicate Plaintiff or Defendant)

FILED
CLERK, U.S. DISTRICT COURT
MAY 20 2016
CENTRAL DISTRICT OF CALIFORNIA
BY         DEPUTY

ORIGINAL

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Bonnie O'Connor, an individual

PLAINTIFF,

vs.

Jeffrey Allan Franke; in his individual capacity.

DEFENDANT(S).

Case No.: CV16-3542-PA(JCx)
(To be supplied by the Clerk)

COMPLAINT FOR:
Damages pursuant to 28 U.S.C. (SEC 1332) because there is diversity of citizenship, and an amount in controversy greater than $75,000.

Jury Trial Demanded: ☒ Yes   ☐ No

# I. JURISDICTION

1. This Court has jurisdiction under 28 U.S.C. (SEC 1332) because there is diversity of citizenship and an amount in controversy greater than $75,000.00

Revised: July 2013
Form Prepared by Public Counsel
© 2010 Public Counsel. All Rights Reserved.
Page Number 1
complaint
complaint

## II. VENUE

2. Venue is proper pursuant to 28 U.S.C. (SEC 1391) because the events giving rise to this complaint are in this district.

## III. PARTIES

3. Plaintiff's name is Bonnie O'Connor. Plaintiff resides at: 27551 Diane Marie Circle, Santa Clarita, CA 91350, and has lived at this address since December 17, 1993 and is a citizen of the United States

4. Defendant Jeffrey Franke, at all relevant times in this complaint has either been Bonnie's husband (now, ex husband) and currently resides in Washington, D.C. - for at least last 5 years; is a U.S. citizen (has moved around the U.S.) and the Defendant is sued in his individual capacity

5. Defendant is being sued in his individual capacity

2

Page Number

Complaint

## IV. STATEMENT OF FACTS

6. On May 31, 1986, Plaintiff (Bonnie O'Connor) and the Defendant (Jeffrey Franke) were married in Los Angeles County. In April 2005, they were divorced in Los Angeles County after a 16.5 year marriage, that produced 3 children; Matthew (born 10/28/86); Michael (born 8/27/88) and Megan (born 06/16/94). The Plaintiff and Defendant resided in Los Angeles County most of marriage.

7. The Plaintiff currently resides in Los Angeles County while the defendant has lived in the Washington, D.C. area, at Plaintiff's best estimate for at least 5 years. Plaintiff is a battered spouse and the Defendant began physically, emotionally, financially and verbally abusing Plaintiff, from about the very beginning of the marriage.

8. The spousal abuse has been continuous and although the Plaintiff and Defendant are in different states; the defendant has continued the emotional, psychological and financial abuse, across state lines. Plaintiff bring about this complaint, pursuant to to the "Continuing Tort Doctrine" that tolls any statute of Limitations.

Complaint

9. Plaintiff brings this Complaint pursuant to Federal "Diversity Jurisdiction" with requested remedies to exceed $75,000.00 as well as; as a "NmJoinder" to any Divorce Spousal support proceedings. Plaintiff requests her right to be heard at a "Jury Trial" and will seek Attorney's costs and Fees (if Plaintiff hires an Attorney) plus other remedies in Prayer for Relief.

10. The Defendant is incredibly abusive; physically, emotionally, sexually, financially, psycologically. Defendant has a volitile temper, and will react in violent agressive ways to the smallest of things. Defendant is calm one moment and then suddenly explodes - Defendant has Jeckyll-Hyde behavior. And, the abusive behavior has been cyclic and continuous.

11. In May-June '86, when on Honeymoon, Defendant called Plaintiff "a stupid whore" "dumb bitch" "I only married you because you're pregnant". Plaintiff was pregnant - defendent choked Plaintiff putting hands around her neck, defendant punched Plaintiff with closed fist. The abuse continued. Defendant would twist and grab Plaintiffs breats, grab Plaintiffs genitals, stating - ".... these are mine now"

Complaint

12. Plaintiff would tell Defendant "stop" Plaintiff would plead to defendant to "stop" during the abuse - but Defendant continued to kick, punch, disparage Plaintiff - "you're fat" "ugly" "stupid" then, Defendant would apologize - until the next event triggered Defendant. Plaintiffs' and Defendants first child, Matthew, was born 10/28/86.

13. In 1987, while Plaintiff was pregnant with second pregnacy-; Defendant, Plaintiff Matthew were in a hotel, Ventura CA - with an inner suite. Plaintiff put herself and Matthew into inner suite, locking door when Defendant was screaming - Defendant then kicked in door, breaking it; other hotel guests reported Defendant; and hotel Security wrote incident report.

14 During the hotel incident, Defendant punched Plaintiff in stomach; and Plaintiff had miscarriage soon after incident. The abuse continued. Defendant pushed Plaintiff into an Ikea table, with it breaking at collapsing on Plaintiff. The Defendant would force sex, when it was against Plaintiff's will, twisting and pinching her breasts, grabbing genitals, leaving bruises

Page Number

Complaint

15. The Defendants and Plaintiff's second child Michael, was born in August 27, 1988 - (2nd child 3rd pregnancy). The childrens' best interest trumped everything for Plaintiff and Plaintiff would often flee house to get children away from the violence they were witnessing. However, the children were witnesses to the defendants violence and derivative victims and greatly affected.

16. Defendant continued to the physical, verbal, sexual, financial abuse. Defendant would give the Plaintiff an "allowance" and keep close track of everything Plaintiff spent. Defendant would look at receipts, and call Plaintiff, a "Stupid Cunt" that Plaintiff only "had half a brain, females were inferior to men" Defendant would repeadly threated to "kill Plaintiff - one squeeze hands"

17. Plaintiff was in constant fear, that defendant would kill her; children would lose their mother. Defendant controlled everything, he controlled the finances, he would check the mileage of Plaintiffs car, Defendant would put the gas in Plaintiffs car, Defendant's cruelty, abuse took a toll in Plaintiffs medical, physical, psychological well-being.

18. Defendant always reminded Plaintiff that he was smarter and that he had two degrees, and she had "no degrees." Plaintiff had an "old school" hospital nursing diploma, but Defendant would not allow Plaintiff to get a degree from home study. (A home study rep. came to house to explain course, and defendant screamed at Plaintiff when he left; "Its too expensive, you're too stupid."

19. Plaintiff and Defendants daughter, Megan was born June 16, 1994; and while still in hospital with Megan, on June 17, 1994 - the OJ chase was on hospital room TV; and Defendant told Plaintiff, "I can pull an OJ on you and get away with it, because I'm crazy." In the early 90's when the Defendant promised "to change" he saw a Psychiatrist and Psycologist, Burbank area.

20. Defendant was diagnosed as Bipolar, with anger and rage; lack impulse control. Defendant was placed on psycotrophic medications and started going to therapy sessions, with Mark Imhoff, psychologist in Burbank. However, very soon after starting medications and treatments; Defendant stopped all meds & treatments, against medical Advice.

21. The violent acts continued. The Defendant forced a curling iron in Plaintiff's mouth, holding her down, and pushing it back and forth in her mouth screaming, "this is the way bitches do it for their husbands" Plaintiff begged defendant to stop, but Defendants rage took over - his eyes became demonic, when in rage.

22. Then there would be moments of calm - and without warning violent outbursts, and physical, sexual attacks, while always humiliating Plaintiff. calling plaintiff a "stupid whore" "fat" "ugly" "worthless" - coercion for sex, even when Plaintiff was tired, afraid - Defendant would hold Plaintiff down, "you're my wife" "sex is all females are good for" and Plainff feared more violence.

23. Plaintiff felt forced into compliance, even when she told defendant "no" because of his threats. The neighbors reported Defendant to Police - Police came to house Domestic Violence call - from neighbors - Plaintiff never filed charges; because defendant threatened & coerced Plaintiff, when Police were at door, that she "would be sorry, if she said anything" Defendant face/eyes also threatening to Plaintiff.

8                                           Complaint

24. When the Police left the house, the Defendant was furious with the Plaintiff, even though the neighbors had called the police - Defendant forceably took Plaintiffs arm and hand - and forced punches to Plaintiff - forcing her own hand to punch her. Defendant screamed, in a very low voice that was threatening - "Now I am not hitting you..." As he forced Plaintiffs hand to do it.

25. Defendant would say horrific and defamatory things to the children about Plaintiff. "Your mother is a stupid whore" Defendant would humiliate the Plaintiff to their children and others. Defendant also put Benadryl in the Plaintiffs lemmade, and she woke up groggy - sore and with bite marks on breasts. Plaintiff admitted he put Benadryl in her drink to make her "relax".

26. Plaintiff was in imminent fear of what Defendant would do next. Defendant was even so cruel, as to tell the children, "I only married your mother because she was pregnant." Defendant would slam on the brakes when driving, yell at other drivers, he even tried to push Plaintiff out of the car as she begged him to "stop" Defendant would say things like "see what you made me do"

complaint

27. In October 2002, Defendant strangled Plaintiff so hard, she lost her breath and Plaintiff had bruises for weeks around her neck. The Plaintiff and Defendant separated at this time, and Plaintiff found out that Defendant had had a secret boyfriend; and Defendant moved his boyfriend into a place he found in Brentwood, CA. The Defendant had put Plaintiff in great risk, again.

28. Defendant not only had put Plaintiff at risk with his violence – his secret lifestyle put Plaintiff at risk for sexually transmitted diseases, causing additional severe emotional distress to Plaintiff. Even when separated, the abuse continued. Defendant began liquidating assets, equity on house, and hiding funds. Defendant had always controlled the money.

29. Defendant told Plaintiff he was going to be as "disruptive as possible." (Exhibit A) but, when a couple weeks later Defendant admitted, he was "not good at reining his anger and that he had done a lot of things to hurt Plaintiff, the kids...." (Exhibit B); but Defendant's violence continued, and the abuse never stopped.

10    Complaint

30. Defendant held a knife up to Plaintiff's neck in June 2003, and as she backed away - Defendant threw the knife at Plaintiff and it went through kitchen window, shattering window (it was a large Butcher knife). The Plaintiff then continued his secret life - with several moves around the country - that Plaintiff didn't even know about, at the time.

31. Defendant would continue to call house and scream at Plaintiff or call her cell phone to yell at her; and leave aggressive angry messages on answering machine - asking - "When are you going to get a job?" "When are you going to do something useful?" Plaintiff had her hands full with the 3 children, and was physically & emotionally drained

32. The Defendant had victimized and damaged his entire family and never took responsibility. The Defendant then became an absentee dad and when he called - they were always critical, angry calls; when Plaintiff asked for extra help with the childrens' needs, Defendant responded, "not my fu*kin' problem"

Complaint

33. Defendant would constantly harass Plaintiff that he was forced to pay her anything; scream "be grateful you're getting anything bitch." The abuse continued, emotional, financial, bullying. During the Divorce, Defendant continued to harass Plaintiff to fire her divorce attorney, because he wrote a letter to Defendant's attorney about Defendant's abuse and disruption of Process.

34. Defendant threatened, and harassed Plaintiff, "fire your attorney, stupid cunt, or you won't get a fuckin' other penny from me..." Defendant was moving all over the country, Brentwood, Redondo Beach, Pennsylvania, NY, Boston, and began living in Exclusive Georgetown area, and continued to harass Plaintiff across state lines. Plaintiff had been hospitalized for medical issues.

35. Defendant would mock Plaintiff; "you're a weak, worthless bitch;..." "God wasted his time making stupid bitches." Defendant would also criticize and blame Plaintiff, when discussing children how youngest daughter Megan was making bad choices and was violent when angry. Defendant took no personal responsibility; that his violent actions had affected Plaintiff and their children.

Complaint

36. Meanwhile, the Plaintiff's health had taken it's toll, arthritis and other medical, emotional issues that could not be resolved, due to all the years of physical, emotional and other abuse. Plaintiff continues to live with these issues. In 2012, while trying to get daughter back on track for community college - in Santa Barbara - Defendant screamed and cursed at Plaintiff for asking Defendant for help.

37. Defendant screamed, "I will not jeopardize my credit rating; I am only responsible for medical insurance," "I know you're retarded and can't help it, but you can use what little brain you have to figure out how to cover housing, tuition..." Plaintiff was barely surviving - only living on $1,200.00 a month spousal support, house was at risk of losing and defendant was making app $160,000.00 a year plus great benefits.

38. Defendant was living very well, taking vacations to Miami and many other places - and Plaintiff on Welfare, on food stamps, Medi-Cal. Def. told Plaintiff he would not take on "such a financial risk" to help her with else; Defendant had also said - screaming that Plaintiff "could live in a fuc*in' cardboard box in LA..." Defendant continued to abuse Plaintiff across state lines.

13

complaint

39. In 2013, when Plaintiff's and Defendant's daughter was in hospital for almost a week from 7/10/13 - 7/15/13 - after a major motor vehicle accident, and needed multiple surgies surgeries, tests, and then multiple post-op visits - when Plaintiff tried to call Defendant and give an update - Defendant blew up; "I am tired of of hearing about Megan and her poor choices"

40. The Defendant continued, screaming at Plaintiff while she was at hospital, with their daughter, "I don't want to hear another thing about Megan unless she dies". Defendant said that. Defendant did not fly in to see daughter in hospital, did not visit and screamed at Plaintiff through phone, while others could hear him yelling, while Plainiff at hospital"

41. Defendant had screamed at Plaintiff about Daughter's "poor choices", taking no personal responsibility. Then Defendant called Plaintiff back, whispering in a very angry voice that his boss had heard him "yelling" at me. Defendant later apologized in an email, that he was sorry for "losing his cool" (Exhibit C) in 7/14/13 email.

Complaints

42. Defendant was abundantly aware of his behavior and the fact that Plaintiff was vulnerable but he acted with malice and oppression and with disregard to Plaintiffs rights - even in an earlier 5/14/13 Email Defendant told Plaintiff, among other things, "....you should collect permanent disability or marry a 'stable guy'". Defendant had acknowledged his instability.

43. In a September 2013 email, Defendant acknowledged he had been an absentee father the past several years, had been "estranged from children + stated; "You've done a 'woman's job' raising the children!" Defendant repeadly told and felt than women were inferior to men, and Defendant would cause Plaintiff extreme emotional stress, and duress with his intimidation.

44. Defendants Modus operandi, was using humilitation tactics, coercion, and oppression and threats to get his way. Pursuant to 2005 Judgement, Defendant was to keep Plaintiff and their children on All life insurance policies offered through his employer, until June 16, 2016 (it is currently in effect) and Defendant has been repeatedly been non-compliant.

Complaint

15