JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BONNIE O'CONNOR, | CV 16-3542 PA (JCx) |
| Plaintiff, | JUDGMENT |
| v. | |
| JEFFREY ALLAN FRANKE, | |
| Defendant. | |

Pursuant to the Court's September 23, 2016 and May 9, 2017 Orders granting the Motions to Dismiss filed by defendant Jeffrey Allan Franke ("Defendant"), which dismissed all of the claims asserted by plaintiff Bonnie O'Connor ("Plaintiff") against Defendant,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant shall have judgment in his favor against Plaintiff.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff's claims are dismissed with prejudice.

/ / /

/ / /

/ / /

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff takes nothing and that Defendant shall have his costs of suit.

IT IS SO ORDERED.

DATED: May 9, 2017

                                              Percy Anderson
                                    UNITED STATES DISTRICT JUDGE